JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-03342-JHN-VBKx | Date | April 9, 2010 |
|---|---|---|---|
| Title | Erez David Abramovitch v. Apreva Financial Corp et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DISMISSING CASE WITH PREJUDICE    (In Chambers)

On March 11, 2010, the Court issued its order granting Defendants' Motion to Dismiss, etc. [26]. Therein, the Court granted plaintiff leave until April 5, 2010 to file a Second Amended Complaint. No Amended pleading having been filed. Accordingly, this action is hereby DISMISSED with prejudice.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |