```
 1  VICTOR J. DANIELS, ESQ.  No. 131449
    1801 Century Park East, 16th Floor
 2  Los Angeles, CA 90067

 3  Telephone: (310) 203-0707
    Facsimile: (310) 203-0787
 4  vdanielslaw@roadrunner.com

 5  Attorney for Plaintiff
    EREZ DAVID ABRAMOVITCH
 6
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EREZ DAVID ABRAMOVITCH,                Plaintiff,        v.  APREVA FINANCIAL CORP., a corporation; AURORA LOAN, SERVICES, LLC, a Limited Liability Company; LEHMAN BROTHERS BANK, FSB, aka LEHMAN BROTHERS HOLDINGS, INC., a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Corporation; CAL-WESTERN RECONVEYANCE, a corporation; MKZ HOMES & INVESTMENTS, a business entity, form unknown,                Defendants. | CASE 2:09-cv-03342-JHN-VBKx (HON. JACQUELINE H. NGUYEN)  JUDGMENT AND ORDER DISMISSING ACTION |

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

The Court having considered Plaintiff EREZ DAVID ABRAMOVITCH's Rule 60(b) Motion for Relief from the Court's June 23, 2010 Order dismissing the case, and having DENIED the Plaintiff's Motion, Judgment is hereby entered against Plaintiff EREZ DAVID ABRAMOVITCH for lack of standing. This action is dismissed.

---
1
(proposed) JUDGMENT

1  DATED:    SEP - 1 2010

_____
United States District Judge Jacqueline H. Nguyen

2
(proposed) JUDGMENT